IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA FLOWER, as Conservator of FLORENTINO "JUNIOR" SANDOVAL, a Protected Person,<br><br>Plaintiff,<br><br>vs.<br><br>TACO TOWN, INC., a Nebraska corporation, and LARRY and ROSEMARIE ROSS,<br><br>Defendants. | 7:10-CV-5003<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EVIDENCE |

This matter comes before the Court on the plaintiff's Motion for Leave to Submit Supplemental Evidence (filing 88). The plaintiff's motion is granted. The plaintiff may submit the evidence in question to the clerk of this Court on or before February 22, 2012.

The Court notes that briefing on the parties' cross-motions for summary judgment (filings 74 and 83) is complete except for the plaintiff's reply brief in support of her cross-motion for summary judgment. This Court will deem these motions ripe for disposition upon receipt of the plaintiff's reply brief and supplemental evidence, unless the parties, in light of the plaintiff's supplemental evidence, seek leave to amend their previous briefs. Such amendment, if necessary, should be sought by appropriate motion.

Dated this 15th day of February, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge