IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RHONDA FLOWER, as Conservator of  )
Florentino Sandoval, a Protected Person,  )
                                                                    )
            Plaintiff,           )           7:10CV5003
                                                                    )
     v.                                                        )
                                                                    )
LARRY ROSS, ROSEMARIE ROSS,     )           MEMORANDUM AND ORDER
and TACO TOWN, INC., a Nebraska    )
corporation,                                              )
                                                                    )
            Defendants.      )

After conferring with the parties, and with their approval:

IT IS ORDERED:

1) The defendant's Motion to Change Commencement Trial Date, (filing no. 99), is granted. The trial of this case is set to commence before the Honorable John M. Gerrard at 9:00 a.m. on May 21, 2012, or as soon thereafter as the case may be called, for a duration of five (5) trial days, in the North Platte Courtroom, Federal Bldg, US Post Office & Courthouse, 300 E 3rd St, North Platte, Nebraska. Jury selection will be held at commencement of trial.

2) The defendant's Motion to Require Designations of Testimony and Discovery, (filing no. 105), is granted. The parties shall set forth their respective designations of deposition testimony and discovery they intend to offer at trial in the pretrial conference order.

3) The parties' joint oral motion to continue the discovery deadline, (filing no. 109), is granted. Discovery shall be completed on or before April 1, 2012.

DATED this 23rd day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge