IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA FLOWER, as Conservator of FLORENTINO "JUNIOR" SANDOVAL, a Protected Person,<br><br>          Plaintiff,<br><br>vs.<br><br>TACO TOWN, INC., a Nebraska corporation, and LARRY and ROSEMARIE ROSS,<br><br>          Defendants. | 7:10-CV-5003<br><br><br>ORDER ON DEFENDANTS' MOTION FOR LEAVE TO SUBMIT AMENDED BRIEF |

This matter comes before the Court on the defendants' Motion for Leave to Submit Amended Brief (filing 110). The defendants' motion is granted. The defendants may submit an amended brief in opposition to the plaintiff's motion for summary judgment (filing 83) on or before March 6, 2012, and the plaintiff may file a reply brief in support of her motion for summary judgment on or before March 13, 2012.

Dated this 24th day of February, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge